**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00426-CR**
**NO. 09-25-00427-CR**
**NO. 09-25-00428-CR**

_____

**EX PARTE WALTER EUGENE NAYMOLA JR.**

_____

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. F22-40469, F22-40470, and F22-40471**

_____

**MEMORANDUM OPINION**

Appellant Walter Eugene Naymola Jr. filed a motion to dismiss his accelerated appeals from an Order Denying Applicant's Writ of Habeas Corpus Alleging Selective Prosecution in three cases. He contends his appeals are moot because on February 16, 2026, Naymola entered a guilty plea in Trial Cause Number F22-40470 and the trial court signed an order placing Naymola on deferred adjudication community supervision for a term of ten years. An Agreed Punishment Recommendation that is signed personally by the appellant and his trial attorney,

1

states that Cause Number F22-40470 will run concurrently with Trial Cause Number F22-40469, the State will dismiss Trial Cause Number F22-40471, and the appellant will dismiss his pending appeals.

At any time before an appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion signed by both appellant and his counsel. *See* Tex. R. App. P. 44.2(a). Naymola did not personally sign the motion to dismiss, but appellate counsel attached to the motion an Agreed Punishment Recommendation that is signed personally by the appellant and his attorney states that the appellant will dismiss his pending appeals. We conclude that good cause exists to suspend the operation of Rule 42.2(a) in accordance with Rule 2. *See* Tex. R. App. P. 2 ("On a party's motion or on its own initiative an appellate court may—to expedite a decision or for other good cause—suspend a rule's operation in a particular case and order a different procedure[.]").

We grant Appellant's motion to dismiss his appeals.

APPEALS DISMISSED.

PER CURIAM

Submitted on February 24, 2026
Opinion Delivered February 25, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

2